**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

HOLLY THOMAS,

        Respondent

      v.

KEVIN THOMAS,

        Petitioner

: No. 267 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.